**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:20-cv-165 |
| | § | |
| 11.580 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS;  AND VIOLA | § | |
| GARZA, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

_____

**COMPLAINT IN CONDEMNATION**
_____

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition  Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination  and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction  over this action pursuant to 28 U.S.C. §

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public  purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Megan Eyes*
        **MEGAN EYES**
        Assistant United States Attorney
        Southern District of Texas No. 3135118
        Florida Bar No. 0105888
        1701 W. Bus. Hwy. 83, Suite 600
        McAllen, TX 78501
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Megan.Eyes@usdoj.gov
        Attorney in Charge for Plaintiff

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

<u>**SCHEDULE C**</u>

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

Tract:  RGV-RGC-9047
Owner:  Viola Garza, *et al.*
Acres:  11.580

**Being** a 11.580 acre tract (504,417 sq ft) parcel of land, more or less, being out of a called 445.600 acres, calculated as 454.294 acres, in Starr County, Texas conveyed to Garza Viola ET AL, Volume 1300, Page 334. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-05-2019, having the following NAD83 (2011) Grid Coordinates N=16621139.93, E=957740.48; Thence N 71°35'44" W a distance of 7999.99 feet to a found 4" iron pipe at the Southwest corner of the Domingo Villarreal, JR ET UX Tract 2, Volume 1485 Page 657 and on the East line of the Garza Viola ET AL tract, Volume 1300, Page 334, for the **Point of Commencement,** having the following coordinates: N=16623665.72, E=950149.68.

**Thence:** S 50°45'01" W departing said property line, crossing an existing 20 foot wide dirt road at 3592 feet, a distance of 3622.65 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9025-2-2=9047-1 on the West line of the Garza Viola ET AL tract, Volume 1300, Page 334 and on the East line of the United States of America Fish and Wildlife Tract 540A & 540A1, Volume 587, Page 617, for the **Point of Beginning,** having the following coordinates: N=16621373.67, E=947344.32, said point being on the Northern boundary of the parcel herein described;

**Thence:** S 82°04'07" E departing said property line, along said Northern boundary, crossing an existing 20 foot wide dirt road at 20 feet, a distance of 480.36 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-1A for a Point on Line;

**Thence:** S 82°04'07" E along said Northern boundary, a distance of 480.36 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-1B for a Point on Line;

**Thence:** S 82°04'07" E along said Northern boundary, crossing an existing 20 foot wide dirt road at 317 feet, a distance of 480.36 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-1C for a Point on Line;

**<u>SCHEDULE C (Cont.)</u>**

**Thence:** S 82°04'07" E along said Northern boundary, a distance of 480.36 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-1D for a Point on Line;

**Thence:** S 82°04'07" E along said Northern boundary, crossing the center of an existing 18 foot wide dirt road at 439 feet, a distance of 480.36 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-2=9048-1 for angle, said point being on the East line of the Garza Viola ET AL tract, Volume 1300, Page 334 and on the West line of the Danilo Lozano JR tract, Document # 2019-350420;

**Thence:** S 09°14'05" W along said property line, departing said Northern boundary, a distance of 210.05 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-3=9048-6 for angle, said point being on the Southern boundary of the parcel herein described;

**Thence:** N 82°04'07" W departing said property line, along said Southern boundary, crossing the center of an existing 18 foot wide dirt road at 37 feet, a distance of 480.43 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-3A for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, a distance of 480.43 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-3B for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, crossing the center of an existing 20 foot wide dirt road at 173 feet, a distance of 480.43 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-3C for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, a distance of 480.43 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9047-3D for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, crossing the center of an existing 20 foot wide dirt road at 456 feet, a distance of 480.43 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9025-2-3=9047-4 for angle, said point being on the West line of the Garza Viola ET AL tract, Volume 1300, Page 334 and on the East line of the United States of America Fish and Wildlife Tract 540A & 540A1, Volume 587, Page 617;

**Thence:** N 09°20'00" E along said property line, departing said Southern boundary, a distance of 210.06 feet returning to the **Place of Beginning.**

# SCHEDULE D



SCALE IN FEET

0   750 1500   3000   6000

**LEGEND:**

| Symbol | Meaning |
|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) |
| △ | CONTROL POINT |
| | ACQUISITION BOUNDARY |
| PL | PROPERTY LINE |
| S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| W/ | WITH |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| FIP | FOUND IRON PIPE |
| FIR | FOUND IRON ROD |
| DES | DESTROYED |

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY.
SURVEY DATE, FEBRUARY 2019.

WILLIAM BRADLEY GRAY
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 6478

STATE OF TEXAS
REGISTERED
WILLIAM BRADLEY GRAY
6478
PROFESSIONAL
LAND SURVEYOR

DES FIR OLD MILITARY RD

ROGELIO CANTU
PROPERTY ID: 3183
VOL: 390 PG: 515
S.C.C,H
JANUARY 7, 1976

CITY OF LAREDO
PROPERTY ID:NA
VOL: 1473 PG: 775
S,C,C,H
MARCH 16, 2016

A-3 PROPERTIES, LTD
PROPERTY ID: 144
VOL: 1706 PG: 619
S.C,C,H
JANUARY 10, 2008

KOBERNAT STEVEN JOSEPH ET AL
PROPERTY ID: 14880, 14881, 14882
VOL: 1369 PG: 214
S.C.C.H
JANUARY 15, 2013

SANTA CRUZ PROPERTIES, LTD
PROPERTY ID: 68946
VOL: 1260 PG: 106
S.C.C.H
DECEMBER 23, 2009

POC
4" FIP
N:16623665.72
E:950149.68

DOMINGO VILLARREAL, JR ET UX
TRACT 1
PROPERTY ID: N/A
VOL 1485 PG 657
S.C.C.H
AUGUST 11, 2016

DOMINGO VILLARREAL, JR ET UX
TRACT 2
PROPERTY ID: N/A
VOL: 1485 PG: 657
S.C.C.H
AUGUST 11, 2016

RAILROAD

WESLEY VANDERPOOL
PROPERTY ID: 43181
VOL: 924 PG: 608
S.C,C,H
MARCH 19, 2002

AMADOR MARTINEZ
PROPERTY ID: 37664
VOL: 716 PG: 836
MARCH 10, 1995
WESLEY VANDERPOOL
( APPARENT OCCUPATION)
VOL: 924 PG: 608
S.C.C.H
MARCH 19, 2002

WESLEY VANDERPOOL
PROPERTY ID: 17190
& 17192
VOL: 883 PG: 396
S,C,C,H
DECEMBER 28, 2000

POB
RGV-RGC-9025-2-2
=9047-1
N:16621373.67
E:947344.32

S60° 45' 01"W
3602.00'

CONTROL POINT
SET IR W/ALUM. CAP
STAMPED: SR-05 2019
N:16621139.93
E:957740.48

N71° 35' 44"W
7999.95'

MON
DES FIR
UNITED STATES
OF AMERICA
FISH AND WILDLIFE
PROPERTY ID: 100893
& 100894
DOC, # 663480
H.C.C,H
MARCH 19, 1998

DANILO LOZANO JR
PROPERTY ID: 68898
DOC # 2019-350420
S,C,C,H
JUNE 13, 2019

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S.C.C.H
FEBRUARY 11, 2011

INOCENCIA ORTIZ III ( 50%)
PROPERTY ID: NA
VOL. 1397 PG. 12
S,C,C,H
OCTOBER 29, 2013
AMADOR MARTINEZ ( 50%)
VOL. 716 PG. 836
MARCH 10, 1995
WESLEY VANDERPOOL
( APPARENT OCCUPATION)
VOL. 924 PG. 608
S.C.C.H
MARCH 19, 2002

RGV-RGC-9047
11.580 AC.
504,417 SQ. FT.

UNITED STATES OF AMERICA
FISH AND WILDLIFE
TRACT 427d
PROPERTY ID: 28250
VOL: 535 PG: 124
S,C,C,H
NOVEMBER 7, 1993
TRACT 545
PROPERTY ID: 43831
VOL: 611 PG: 331
S.C.C.H
MARCH 21, 1990

UNITED STATES OF AMERICA
FISH AND WILDLIFE
TRACT 541
PROPERTY ID: 16066
VOL: 610 PG: 270
S.C.C.H
APRIL 12, 1990

UNITED STATES OF AMERICA
FISH AND WILDLIFE
TRACT 540A & 540A1
PROPERTY ID: 59409
VOL: 587 PG: 617
S,C,C,H
JANUARY 11, 1989

| AREA TABLE | |
|---|---|
| **AREA** | **ACRES** |
| TAKING TRACT + | ±11.580 |
| REMAINING PARENT TRACT NORTH OF TAKING TRACT + | ±232.960 |
| REMAINING PARENT TRACT SOUTH OF TAKING TRACT + | ±209.754 |
| PARENT TRACT = | ±454.294 |
| I.B.W.C. EASEMENT INSIDE TAKING TRACT | ±0.000 |

| SHEET NO. | METES & BOUNDS SURVEY | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 OF 10 | GARZA VIOLA ET AL | | | | | | |

METES & BOUNDS SURVEY
GARZA VIOLA ET AL
TRACT NO. RGV-RGC-9047
STARR COUNTY          TEXAS

| | DRAWN BY: | JP | 9/19 |
|---|---|---|---|
| | CHECKED BY: | WBG | 9/19 |
| | SURVEY DATE: | | 8/19 |
| | PLOT DATE: | | 9/19 |
| | SHEET SIZE: | ANSI-A | |

| MARK | DESCRIPTION | DATE | APPR. |
|---|---|---|---|
| 1 | BOUNDARY CHANGE | 9/17/19 | |

EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING
Web Address: http:// www.emcsurvey.com
2472 SUNSET DR. • GRENADA, MS 38901 • Ph. (662) 226-0196 * Fax (662) 226-5170
CENTER POINT, LA • PUNTA GORDA, FL • HOUSTON, TX

US Army Corps
of Engineers®

BORDER WALL TASK ORDER: 003
CONTRACT NO : W9128F-15-D-0012

EMC, INC. PROJECT NO.: 19036



N

0  25  50    100    200

SCALE IN FEET

*NOTE:
ALL ROADS ARE PRIVATE, UNLESS NOTED OTHERWISE.

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S,C,C,H
FEBRUARY 11, 2011

±0.84 MILES TO OLD MILITARY RD
AND LEADS TO FIELDS

POC
4" FIP
N:16623665.72
E:950149.68

N71° 35' 44"W
7999.99'

CONTROL POINT
SET IR W/ALUM. CAP
STAMPED: SR-05 2019
N:16621139.93
E:957740.48

UNITED STATES OF AMERICA
FISH AND WILDLIFE
TRACT 540A & 540A1
PROPERTY ID: 59409
VOL: 587 PG: 617
S,C,C,H
JANUARY 11, 1989

S59° 45' 01"W
3022.65'

POB
RGV-RGC-9025-2-2
=9047-1
N:16621373.67
E:947344.32

EDGE OF DIRT ROAD

DIRT ROAD

N99° 20' 0"E
20.06'

S82° 04' 07"E
480.36'

RGV-RGC-9047-1A

RGV-RGC-9047
11.580 AC.
504,417 SQ. FT.

RGV-RGC-9025-2-3
=9047-4

N82° 04' 07"W
480.43'

RGV-RGC-9047-3D

±0.90 MILES FROM THIS POINT
TO RIO GRANDE
AND LEADS TO FIELDS
AND FARM SHOP

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S,C,C,H
FEBRUARY 11, 2011

| SHEET NO. | METES & BOUNDS SURVEY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 OF 10 | GARZA VIOLA ET AL | | | | | | | | | |

METES & BOUNDS SURVEY

GARZA VIOLA ET AL

TRACT NO. RGV-RGC-9047

STARR COUNTY                    TEXAS

| DRAWN BY: | JP | 9/19 |
| CHECKED BY: | WBG | 9/19 |
| SURVEY DATE: | | 8/19 |
| PLOT DATE: | | 9/19 |
| SHEET SIZE: | ANSI-A | |

| MARK | DESCRIPTION | DATE | APPR. |
|---|---|---|---|
| 1 | BOUNDARY CHANGE | 9/17/19 | |

EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING
Web Address: http:// www.emcsurvey.com
2472 SUNSET DR. * GRENADA, MS 38901 * Ph. (662) 226-6166 * Fax (662) 226-5170
CENTER POINT, LA * PUNTA GORDA, FL * HOUSTON, TX

BORDER WALL TASK ORDER: 003
CONTRACT NO. : W9128F-15-D-0012

US Army Corps
of Engineers®

EMC, INC. PROJECT NO.: 19036



N

0  25  50      100                    200

SCALE IN FEET

*NOTE:
ALL ROADS ARE PRIVATE, UNLESS NOTED OTHERWISE.

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S.C.C.H
FEBRUARY 11, 2011

RGV-RGC-9047-1A

S82° 04' 07"E
480.36'

RGV-RGC-9047-1B

RGV-RGC-9047
11.580 AC.
504,417 SQ. FT.

RGV-RGC-9047-3D

N82° 04' 07"W
480.43'

RGV-RGC-9047-3C

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S.C.C.H
FEBRUARY 11, 2011

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: | | MARK | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|---|
| | | JP | 9/19 | 1 | BOUNDARY CHANGE | 9/17/19 | | | |
| | GARZA VIOLA ET AL | CHECKED BY: | | | | | | | |
| 6 OF 10 | | WBG | 9/19 | | | | | EMC, Inc. | US Army Corps |
| | TRACT NO. RGV-RGC-9047 | SURVEY DATE: | | | | | | SPECIALISTS IN SURVEYING & MAPPING | of Engineers |
| | | | 8/19 | | | | | Web Address: http:// www.emcsurvey.com | |
| | | PLOT DATE: | | | | | | 2472 SUNSET DR. * GRENADA, MS 38901 * Ph (662) 226-0160 * Fax (662) 226-5170 | |
| | STARR COUNTY          TEXAS | | 9/19 | | | | | CENTER POINT, LA * PUNTA GORDA, FL * HOUSTON, TX | |
| | | SHEET SIZE: | ANSI-A | | BORDER WALL TASK ORDER: 003 | | | | |
| | | | | | CONTRACT NO. : W9128F-15-D-0012 | | | | |

EMC, INC. PROJECT NO.: 19036



0  25  50    100                200
SCALE IN FEET

*NOTE:
ALL ROADS ARE PRIVATE, UNLESS NOTED OTHERWISE.

±0.79 MILES TO OLD MILITARY RD.
AND LEADS TO FIELDS

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S,C,C,H
FEBRUARY 11, 2011

RGV-RGC-9047-1B

RGV-RGC-9047-1C

S82° 04' 07"E
480.36'

S82° 04' 07"E
480.36'

EDGE OF CROP LINE

DIRT ROAD

EDGE OF CROP LINE

RGV-RGC-9047
11.580 AC.
504,417 SQ. FT.

RGV-RGC-9047-3C

N82° 04' 07"W
480.43'

RGV-RGC-9047-3B

N82° 04' 07"W
480.43'

±0.79 MILES FROM THIS POINT
TO RIO GRANDE
AND LEADS TO FIELDS
AND FARM SHOP

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S,C,C,H
FEBRUARY 11, 2011

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: | JP | 9/19 | MARK | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CHECKED BY: | WBG | 9/19 | 1 | BOUNDARY CHANGE | 9/17/19 | | | |
| 7 OF 10 | GARZA VIOLA ET AL | SURVEY DATE: | | 8/19 | | | | | EMC, Inc. | US Army Corps of Engineers |
| | TRACT NO. RGV-RGC-9047 | PLOT DATE: | | 9/19 | | | | | SPECIALISTS IN SURVEYING & MAPPING | |
| | STARR COUNTY TEXAS | SHEET SIZE: | ANSI-A | | BORDER WALL TASK ORDER: 003 | CONTRACT NO.: W9128F-15-D-0012 | | | Web Address: http://www.emcsurvey.com 2472 SUNSET DR. * GRENADA, MS 38901 * Ph (662) 226-5166 * Fax (662) 226-5170 CENTER POINT, LA * PUNTA GORDA, FL * HOUSTON, TX | |

EMC, INC. PROJECT NO.: 19036



N

0  25  50      100              200

SCALE IN FEET

*NOTE:
ALL ROADS ARE PRIVATE, UNLESS NOTED OTHERWISE.

±0.79 MILES TO OLD MILITARY RD.
AND LEADS TO FIELDS

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S.C.C.H
FEBRUARY 11, 2011

RGV-RGC-9047-1C

S82° 04' 07"E
480.36'

RGV-RGC-9047-1D

RGV-RGC-9047
11.580 AC.
504,417 SQ. FT.

EDGE OF DRIP LINE

DIRT ROAD

RGV-RGC-9047-3B

N82° 04' 07"W
480.43'

RGV-RGC-9047-3A

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S.C.C.H
FEBRUARY 11, 2011

| SHEET NO. | METES & BOUNDS SURVEY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 OF 10 | GARZA VIOLA ET AL | DRAWN BY: JP 9/19 | MARK | DESCRIPTION | DATE | APPR. | | | US Army Corps of Engineers® |
| | | CHECKED BY: WBG 9/19 | 1 | BOUNDARY CHANGE | 9/17/19 | | EMC, Inc. | | |
| | TRACT NO. RGV-RGC-9047 | SURVEY DATE: 8/19 | | | | | SPECIALISTS IN SURVEYING & MAPPING | | |
| | | PLOT DATE: 9/19 | | | | | Web Address: http: // www.emcsurvey.com | | |
| | STARR COUNTY          TEXAS | SHEET SIZE: ANSI-A | BORDER WALL TASK ORDER: 003 CONTRACT NO.: W9128F-15-D-0012 | | | | 2472 SUNSET DR. * GRENADA, MS 38901 * Ph. (662) 226-0166 * Fax (662) 226-5170 CENTER POINT, LA * PUNTA GORDA, FL * HOUSTON, TX | | |

EMC, INC. PROJECT NO.: 19036



0  25  50        100                    200
SCALE IN FEET

*NOTE:
ALL ROADS ARE PRIVATE, UNLESS NOTED OTHERWISE.

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S,C,C,H
FEBRUARY 11, 2011

RGV-RGC-9047-1D

S82° 04' 07"E
480.36'

PRGV-RGC-9047-2
=9048-1

RGV-RGC-9047
11.580 AC.
504,417 SQ. FT.

±0.85 MILES TO OLD MILITARY RD.
AND LEADS TO FIELDS

±0.72 MILES TO OLD MILITARY RD
AND LEADS AROUND FIELD

EDGE OF CROP LINE

EDGE OF WOODLINE

EDGE OF WOODLINE

EDGE OF CROP LINE

DIRT ROAD

DIRT ROAD

S00° 14' 05"W
210.05'

RGV-RGC-9047-3A

N82° 04' 07"W
480.43'

RGV-RGC-9047-3
=9048-6

±0.92 MILES FROM THIS POINT
TO RIO GRANDE
AND LEADS TO FIELDS
AND FARM SHOP

±0.93 MILES FROM THIS POINT
TO RIO GRANDE
AND LEADS TO FIELDS

GARZA VIOLA ET AL
PROPERTY ID: 59445,49452
VOL: 1300 PG: 334
S,C,C,H
FEBRUARY 11, 2011

DANILO LOZANO JR
PROPERTY ID: 68898
DOC # 2019-350420
S,C,C,H
JUNE 13, 2019

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: JP | 9/19 | MARK | DESCRIPTION | DATE | APPR. |
| 9 OF 10 | GARZA VIOLA ET AL | CHECKED BY: WBG | 9/19 | 1 | BOUNDARY CHANGE | 9/17/19 | |
| | | SURVEY DATE: 8/19 | | | | | |
| | TRACT NO. RGV-RGC-9047 | PLOT DATE: 9/19 | | | | | |
| | STARR COUNTY          TEXAS | SHEET SIZE: ANSI-A | | BORDER WALL TASK ORDER: 003 CONTRACT NO. : W9128F-15-D-0012 | | | |

EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING
Web Address: http:// www.emcsurvey.com
2472 SUNSET DR. * GRENADA, MS 38901 * Ph. (662) 226-0166 * Fax (662) 226-5170
CENTER POINT, LA * PUNTA GORDA, FL * HOUSTON, TX

US Army Corps
of Engineers ®

EMC, INC. PROJECT NO.: 19036

## LEGEND:

| Symbol | Description |
|---|---|
| ○ | FOUND MONUMENT (AS NOTED) |
| ◆ | SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED) |
| △ | CONTROL POINT |
| —— | ACQUISITION BOUNDARY |
| —— | EASEMENT LINE |
| —— PL —— | PROPERTY LINE |
| —— | EXISTING WALL |
| —— | LEVEE CENTERLINE |
| —▼— | LEVEE TOP BANK |
| —— | LEVEE TOE |
| —— | EDGE OF ROAD (TYPE NOTED) |
| ▨ | SAVE AND EXCEPT AREA |
| —— | EDGE OF SIDEWALK |
| —— | BUILDING OUTLINE (SEE LABEL) |
| —X— | FENCE (TYPE NOTED) |
| —— | EDGE OF STRUCTURE (SEE LABEL) |
| —— | BRIDGE OUTLINE |
| —OHE— | OVERHEAD ELECTRICAL LINE |
| —UGE— | UNDERGROUND ELECTRICAL LINE |
| ⊐O | LIGHT POLE |
| ○ | UTILITY POLE |
| —→ | GUY END |
| ●—○ | GUY POLE |
| Ⓙ | JUNCTION BOX |
| Ⓔ | ELECTRICAL MANHOLE |
| Ⓜ | ELECTRICAL METER |
| PB | ELECTRICAL PULL BOX |
| ⊠ | TRANSMISSION TOWER |
| S | SUBSTATION |
| T | ELECTRICAL TRANSFORMER |
| Ⓒ | COMMUNICATIONS/TELEPHONE MANHOLE |
| ⓒⱼ | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL |
| —OHC— | OVERHEAD COMMUNICATIONS/TELEPHONE LINE |

| Symbol | Description |
|---|---|
| —UGC— | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE |
| —FO— | UNDERGROUND FIBER OPTIC LINE |
| CB | CATCH BASIN |
| ⊡ | STORM GRATE |
| ⋈SSV | STORM SEWER VALVE |
| Ⓓ | STORM MANHOLE |
| —SD— | STORM SEWER |
| —CP— | CULVERT |
| ◁ | HEADWALL AND WINGWALL |
| —— | TOP OF DITCH |
| —— | BOTTOM OF DITCH |
| —— | EDGE OF WATER |
| WP | WATER PUMP |
| ⊖ | MONITORING WELL |
| ⋈WV | WATER VALVE |
| Ⓦ | WATER METER |
| ⓨ | HYDRANT |
| ◁ | WATER EXTINGUISHER/FAUCET/SPICKET |
| W | WATER MANHOLE |
| —W— | WATER LINE |
| L | LIFT STATION |
| PS | PUMP STATION |
| CO | SEWER CLEAN OUT |
| Ⓢ | SEWER MANHOLE |
| SWP | SEWER WATER PUMP |
| S | SANITARY SEWER VAULT |
| —SS— | SANITARY SEWER LINE |
| ⊂⊃ | GAS TANK |
| ⋈GV | GAS VALVE |
| Ⓖ | GAS METER |
| ◇ | GAS LINE MARKER |
| G | GAS VAULT |
| —UGG— | GAS LINE |
| —— | DOCKS / DECKS / PIERS |

| Symbol | Description |
|---|---|
| ⋯⋯ | EDGE OF RIPRAP |
| ⟋⟋⟋ | EDGE OF VEGETATING (TYPE NOTED) |
| X | MISCELLANEOUS SYMBOL (SEE LABEL) |
| S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| H.C.C.M. | (FOUND) HIDALGO COUNTY CAD MAP |
| S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| W/ | WITH |
| UNK. | UNKNOWN |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| CULV. | CULVERT |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| FIP | FOUND IRON PIPE |
| FIR | FOUND IRON ROD |
| 1STFR | 1 STORY FRAME HOUSE |
| 2STFR | 2 STORY FRAME HOUSE |
| 1STBR | 1 STORY BRICK HOUSE |
| 2STBR | 2 STORY BRICK HOUSE |
| 1STCB | 1 STORY COMMERCIAL BUILDING |
| 2STCB | 2 STORY COMMERCIAL BUILDING |
| 1STSB | 1 STORY STORE BUILDING |
| 2STSB | 2 STORY STORE BUILDING |
| SHDWF | SHED WOOD FRAME |
| SHDBR | SHED BRICK |
| CLF | CHAIN LINK FENCE |
| WF | WOODEN FENCE |
| SBF | STONE OR BRICK FENCE |
| BWF | BARBED WIRE FENCE |
| GAT | GATE |
| CEM | CEMETERY OUTBOUND |
| HDSTN | HEAD STONE |

## GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.999974017 (E.G. GRID X 0.999974017 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 30, 2O19 (TICKET NO. 1971165549).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 30, 2O19 (TICKET NO. 592141616).

### MONUMENT TABLE

| MONUMENT NAME | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-9025-2-2=9047-1 | 16621373.67 | 947344.32 |
| RGV-RGC-9047-1A | 16621307.39 | 947820.08 |
| RGV-RGC-9047-1B | 16621241.10 | 948295.85 |
| RGV-RGC-9047-1C | 16621174.82 | 948771.62 |
| RGV-RGC-9047-1D | 16621108.54 | 949247.38 |
| RGV-RGC-9047-2=9048-1 | 16621042.25 | 949723.15 |
| RGV-RGC-9047-3=9048-6 | 16620834.92 | 949689.44 |
| RGV-RGC-9047-3A | 16620901.22 | 949213.60 |
| RGV-RGC-9047-3B | 16620967.51 | 948737.77 |
| RGV-RGC-9047-3C | 16621033.80 | 948261.93 |
| RGV-RGC-9047-3D | 16621100.10 | 947786.09 |
| RGV-RGC-9025-2-3=9047-4 | 16621166.39 | 947310.25 |

| SHEET NO. | METES & BOUNDS SURVEY |
|---|---|
| 10 OF 10 | GARZA VIOLA ET AL |
| | TRACT NO. RGV-RGC-9047 |
| | STARR COUNTY          TEXAS |

| DRAWN BY: | JP | 9/19 |
|---|---|---|
| CHECKED BY: | WBG | 9/19 |
| SURVEY DATE: | | 8/19 |
| PLOT DATE: | | 9/19 |
| SHEET SIZE: | ANSI-A | |

| MARK | DESCRIPTION | DATE | APPR. |
|---|---|---|---|
| 1 | BOUNDARY CHANGE | 9/17/19 | |

BORDER WALL TASK ORDER: 003
CONTRACT NO. : W9128F-15-D-0012



EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING
Web Address: http://www.emcsurvey.com
2472 SUNSET DR. * GRENADA, MS 38901 * Ph (662) 226-5166 * Fax (662) 226-5170
CENTER POINT, LA * PUNTA GORDA, FL * HOUSTON, TX

US Army Corps of Engineers®

EMC, INC. PROJECT NO.: 19036

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-9047
Owner:  Viola Garza, *et al.*
Acres:  11.580

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of lands identified in conveyance recorded on February 11, 2011 with the Starr County Recorder, volume 1300, page 334, document number 295650, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED SIXTY TWO THOUSAND, SEVEN HUNDRED AND SEVENTY TWO DOLLARS AND NO/100 ($162,772.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Viola Garza<br>██████████████████<br>Austin, TX  78546 | **RGV-RGC-9047**<br>Executors' Deed, Document # 148458;<br>Recorded July 12, 1989, Deed Records of<br>Starr County |
| Sonia Morton<br>████████████<br>San Antonio, TX  78259 | |
| Maria Garza<br>██████████<br>Mission, TX  78574 | |
| Ileana Baca<br>██████████<br>San Antonio, TX  78259 | |
| Felix Tadeo Martinez<br>████████<br>Santa Elena, TX  78591 | |
| Alma Coplen<br>████████████████<br>Austin, TX  78717-4919 | |
| Alicia Koeneke<br>████████████<br>Mission, TX  78572 | |
| The Estate of Rolando J. Vallejo<br>██████████████<br>Pharr, TX 78577 | |
| Vern Vanderpool<br>██████████<br>Alamo, TX 78516 | **RGV-RGC-9047**<br>Tenant in Possession |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights ☐ 830 Patent | ☐ 430 Banks and Banking ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending | **LABOR** ☐ 710 Fair Labor Standards | ☐ 840 Trademark **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | Act ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | Exchange ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | Leave Act ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts ☐ 893 Environmental Matters ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 210 Land Condemnation ☐ 220 Foreclosure | ☐ 440 Other Civil Rights ☐ 441 Voting | **Habeas Corpus:** ☐ 463 Alien Detainee | Income Security Act | or Defendant) ☐ 871 IRS—Third Party | ☐ 896 Arbitration ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land | ☐ 442 Employment ☐ 443 Housing/ | ☐ 510 Motions to Vacate Sentence | | 26 USC 7609 | Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | Accommodations ☐ 445 Amer. w/Disabilities - | ☐ 530 General ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| | Employment ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other ☐ 550 Civil Rights | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original Proceeding

☐ 2   Removed from State Court

☐ 3   Remanded from Appellate Court

☐ 4   Reinstated or Reopened

☐ 5   Transferred from Another District *(specify)*

☐ 6   Multidistrict Litigation - Transfer

☐ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:

☐   CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.