United States District Court
Southern District of Texas
**ENTERED**
July 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-cv-00165 |
| | § | |
| 11.580 ACRES OF LAND, MORE OR LESS, et al., | § § § | |
| Defendants. | § | |

## ORDER

In accordance with the Court's oral orders at the parties' July 20, 2021 status conference, the Court hereby **ORDERS** the United States to serve all heirs of the Estate of Rolando J. Vallejo by **August 3, 2021**. The Court further **ORDERS** the parties to appear for a status conference on **September 9, 2021 at 10 a.m.** and to file a status report by **August 30, 2021** unless dismissal documents have been filed before that date.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of July 2021.

_____
Micaela Alvarez
United States District Judge