United States District Court
Southern District of Texas

**ENTERED**

November 10, 2021

Nathan Ochsner, Clerk

UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  TEXAS
MCALLEN  DIVISION

| | | |
|---|---|---|
| UNITED  STATES  OF  AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-165 |
| | § | |
| 11.580 ACRES  OF  LAND,  MORE  OR | § | |
| LESS,  *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The  Court  hereby  renders  final  judgment  in  this  case  in  accordance  with  Federal  Rules  of Civil  Procedure  54  and  58.  Having  considered  the  parties'  "Joint  Stipulation  for  Revestment  and Motion  for  Entry  of  Final  Judgment"[1]  and  having  determined  that  it  warrants  entry  of  this  final judgment,[2]  the  Court  **ORDERS**, **ADJUDGES**, and  **DECREES**  that:

All  property  interests  held  by  Defendants  Viola  Garza,  Sonia  Morton,  Maria  Garza, Ileana  Baca,  Felix  Tadeo  Martinez,  Alma  Coplen,  Alicia  Koeneke,  the  Estate  of  Rolando  J. Vallejo,  Vern  Vanderpool,  Sandra  Y.  Vallejo-Ethridge  as  Heir  of  the  Estate  of  Rolando  J. Vallejo,  Melissa  Vallejo  as  Heir  of  the  Estate  of  Rolando  J.  Vallejo,  and  Luis  Vallejo  as  Heir  of the  Estate  of  Rolando  J.  Vallejo  as  of  June  22,  2020,  in  Tract  RGV-RGC-9047,  which  is  a 11.580-acre  parcel  of  land  in  Starr  County,  Texas,  more  particularly  designated  by  metes  and bounds  in  the  United  States'  Schedules C  and  D,[3]  together  with  all  encumbrances  thereof existing  as  of  June  22,  2020,  and  all  encumbrances  since  created  and  not  otherwise  discharged, are  hereby  **RE-VESTED**  in  the  above-named  Defendants.

---

[1] Dkt. No. 47.
[2] Dkt. No. 48.
[3] Dkt. No. 1-1 at 5–15.

The total sum of one hundred sixty-two thousand seven hundred and seventy-two dollars ($162,772) deposited by the United States,[4] together with any interest earned while on deposit in the registry of the Court,[5] is **ORDERED** to be immediately disbursed in the following manner:

- The sum of $162,772, with accrued interest, payable to the order of "F&A Officer, USAED, Fort Worth" with the check notation "Tract No. RGV-RGC-9047" transmitted to the following address:

  Finance and Accounting Officer, U.S. Army Engineer District
  P.O. Box 17300
  Room 3A37
  Fort Worth, Texas 76102

This final judgment resolves all issues in this case. Each party to this proceeding is to bear its own costs and fees. Any relief not expressly granted in this final judgment is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. Execution may issue for this final judgment as allowed by law. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of November, 2021.

Micaela Alvarez
United States District Judge



---

[4] Dkt. No. 8.
[5] *See* 40 U.S.C. § 3116. *But see* 40 U.S.C. § 3114(c)(1).